UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRIS ARMES, Individually
and on behalf of all others similarly situated

        Plaintiff,

v.                                                       Case No. 08-CV-243

KNIGHTS INN RACINE,

        Defendant,

v.

RURAL MUTUAL INSURANCE COMPANY,

        Intervenor Defendant.

## ORDER

On March 17, 2008, Chris Armes ("plaintiff") filed a complaint against Knights Inn Racine ("defendant") alleging defendant violated Section 1681c(g) of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq., as amended* ("FCRA"), by issuing credit and debit card transaction receipts containing the customer's entire credit or debit card number as well as the card's expiration date. (Docket #1). Defendant tendered the defense of the action to its insurer, Rural Mutual Insurance Company ("Rural"), who, in turn, moved to intervene in the case itself as an "intervenor defendant." The court permitted Rural to intervene in order to protect its rights and interests. (Docket #23). Rural then moved for Declaratory Judgment (Docket #25), asking the court to determine whether Rural has a duty to defend Knight's Inn in this case. Over a month later, Rural sought to have the proceedings stayed until the

coverage issue was resolved. (Docket #39). Subsequently, all three parties have filed numerous motions pertaining to discovery, scheduling, and protective orders. The motion to stay will be denied. At the same time, the court will proceed to resolve the question of coverage in an expeditious manner. Finally, the court, will hold a hearing on Tuesday, January 20, 2009, at 10:00 a.m. to address the remaining motions pending before the court.

Accordingly,

**IT IS ORDERED** that Rural Mutual Insurance Company's Motion to Stay Proceedings (Docket #39) be and the same hereby is **DENIED**.

Dated at Milwaukee, Wisconsin, this 31st day of December, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge